**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
Crystal T. Innabi (SBN: 316434)
ci@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO MONGE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BAYVIEW SOLUTIONS, LLC.,**<br><br>Defendant. | **Case No.:** 5:17-CV-02000-JGB-KK<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:         June 4, 2018<br>Time:        9:00 a.m.<br>Judge:       Hon. Jesus G Bernal<br>Courtroom:  Riverside, Courtroom 1 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on June 4, 2018, at 9:00 a.m., or as soon thereafter as the matter may be heard, Plaintiff, ALBERTO MONGE ("Plaintiff") will move this Court located at 3470 Twelfth Street Riverside, CA 92501-3801, Courtroom 1, for leave to file a First Amended Complaint against Defendant, BAYVIEW SOLUTIONS, LLC., ("Defendant").

This Motion is made pursuant to Rule 15 of the Federal Rules of Civil Procedure. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 23, 2018.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, any attached declarations or exhibits, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: April 30, 2018                    Respectfully submitted,

                                                  **SINNETT LAW, APC.**

                                                  BY: /S/ CRYSTAL T. INNABI
                                                  CRYSTAL T. INNABI, ESQ.
                                                  ATTORNEY FOR PLAINTIFF