**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
Crystal T. Innabi (SBN: 316434)
ci@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO MONGE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BAYVIEW SOLUTIONS, LLC.,**<br><br>Defendant. | **Case No.:** 5:17-CV-02000-JGB-KK<br><br>**CLASS ACTION**<br><br>**DECLARATION OF WAYNE A. SINNETT IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

## **DECLARATION OF WAYNE A. SINNETT**

I, Wayne A. Sinnett, declare:

1. I am a principle with Sinnett Law, APC and counsel of record for Plaintiff, ALBERTO MONGE, ("Plaintiff") in this matter. I am member in good standing of the State Bar of California and I am admitted to practice before this Court, all other federal courts in California and United States Court of Appeals for the Ninth Circuit. I have been involved in every aspect of this case from inception through the present. I submit this declaration in support of Plaintiff's Motion for leave to file a First Amended Complaint.

2. On April 23, 2018, I met and conferred with Bradford Hughes, counsel for BAYVIEW regarding this motion.

3. On February 26, 2018, BAYVIEW produced multiple documents, including a collection agreement between United Payment Center Inc. d/b/a MSM Portfolio Management, ("MSM") and BAYVIEW, whereas BAYVIEW retained MSM to provide debt collection services on behalf of BAYVIEW.

4. The new facts and evidence alleged in Plaintiff's First Amended Complaint regarding Defendant's unlawful debt collection practices and MSM were not available to Plaintiff when he filed the Complaint, nor were they available at any time prior to BAYVIEW's February 26, 2018 disclosure.

5. Attached hereto as Exhibit 1 is Plaintiff's First Amended Complaint.

I declare under penalty of perjury, and pursuant to the laws of the State of California, that the foregoing is true and correct. If called as a witness, I would competently testify to the matters herein from personal knowledge. Executed on April 30, 2018, pursuant to the laws of the United States and the State of California, in San Diego, California.

Date: April 30, 2018                               BY: /S/ WAYNE A. SINNETT
                                                         WAYNE A. SINNETT, ESQ.