# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO MONGE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BAYVIEW SOLUTIONS, LLC.,**<br><br>Defendant. | **Case No.:**  5:17-CV-02000-JGB-KK<br><br>**ORDER** |

## <u>ORDER</u>

Having considered the Parties' stipulation requesting dismissal as to the entire case and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, with each party bearing their respective attorneys fees and costs.

**IT IS SO ORDERED.**

DATED: June 27, 2018

_____
Hon. Judge Jesus G. Bernal